McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SARAH RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br><br>    Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:19-cv-01127-BAM<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by and between Sarah Ramirez (Plaintiff) and Andrew Saul (Defendant) through their respective counsel of record, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand to the Commissioner, the Appeals Council will direct the Administrative Law Judge (ALJ) to further develop the administrative record, reevaluate claimant's residual functional capacity, and issue a new decision.

Mot. to Remand, 1:19-cv-01127-BAM

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

Date: November 26, 2019     By:     /s/ *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

Date: November 26, 2019     */s/ David Chermol*
DAVID CHERMOL
Attorney for Plaintiff
(signature authorized by email on November 26, 2019)

ORDER

IT IS SO ORDERED.

Dated: **November 27, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Mot. to Remand, 1:19-cv-01127-BAM