McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
Carol S. Clark, MOBN 42670
Special Assistant United States Attorney
Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8975
E-mail: carol.s.clark@ssa.gov
Attorneys for Defendant

David F. Chermol, Esquire
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
dave@ssihelp.us
P: (215) 464-7200
F: (215) 464-7224
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SARAH NICHOLE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:19-cv-01127-LJO-BAM<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d) |

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of ONE THOUSAND TWO HUNDRED AND TWENTY-FOUR DOLLARS AND 00/100, $1,2244.00, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of SIX HUNDRED AND TWENTY-FIVE DOLLARS AND 00/100, $625.00, under 28 U.S.C. § 1910. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 1910; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, David Chermol.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: January 2, 2020
/s/ *David Chermol*
DAVID CHERMOL
Attorney for Plaintiff
(signature authorized by email on January 2, 2020)

Dated: January 2, 2020
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: *Carol S. Clark*
Carol S. Clark
Special Assistant U.S. Attorney
Attorneys for Defendant

# ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that attorneys' fees in the amount of one thousand two hundred and twenty-four dollars ($1,224.00) pursuant to 28 U.S.C. § 2412(d) and costs in the amount of six hundred and twenty-five dollars ($625.00) pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **January 7, 2020**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE