UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH NICOLE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:19-cv-01127-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(Doc. Nos. 14, 19) |

On August 15, 2019, Plaintiff Sarah Nicole Ramirez, proceeding through counsel, filed the complaint in this action seeking review of a decision of the Commissioner of Social Security.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2020, the assigned magistrate judge issued findings and recommendations to grant a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) filed by David F. Chermol, counsel for plaintiff.  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

/////

1

the court finds the pending findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 11, 2020 (Doc. No. 19) are adopted in full;

2. The motion for attorneys' fees under 42 U.S.C. § 406(b) (Doc. No. 14) is GRANTED;

3. David F. Chermol, Esq., counsel for plaintiff, is awarded $6,390.15 in attorneys' fees pursuant to 42 U.S.C. § 406(b); and

4. Counsel for plaintiff is directed to compensate plaintiff in the amount of $1,224.00 for fees previously awarded pursuant to the EAJA.

IT IS SO ORDERED.

Dated: **August 29, 2020**

UNITED STATES DISTRICT JUDGE